IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03166-WJM-BNB

DAVID P. GORDON, and
JEROME SILBER, TRUSTEE, for the benefit of the MICHELLE BEHREND GIFT TRUST, and the NEAL BEHREND GIFT TRUST, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MOUNT YALE INVESTMENT ADVISORS, LLC, a Delaware limited liability company,
LINCOLN FINANCIAL ADVISORS CORP., an Indiana corporation, and
SILLER AND COHEN, a New York partnership,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Parties' Joint Motion for a Stay of Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting** [Doc. # 28, filed 2/15/2011] (the "Motion to Stay").  Also pending is the **Joint Motion for Telephonic Appearance** [Doc. # 39, filed 3/2/2011].

The case was removed from state court.  The parties appear to agree that removal was improper and remand is appropriate, Joint Motion for Telephonic Appearance [Doc. # 39, filed 3/2/2011] at ¶4, although no motion to remand has been filed.

In view of the parties' agreement that remand is appropriate, I conclude that conducting a scheduling conference would be a waste of resources.

IT IS ORDERED:

(1)     The Motion to Stay [Doc. # 28] is GRANTED;

(2)     The scheduling conference set for March 18, 2011, at 10:00 a.m., is VACATED, as are all deadlines established in the Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting [Doc. # 24]; and

(3)     The Joint Motion for Telephonic Appearance [Doc. # 39] is DENIED as moot.

Dated March 3, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge